**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2155**

———————

MARVIN J. PERRY,

Plaintiff - Appellant,

versus

HOUSEHOLD FINANCE CORPORATION,

Defendant - Appellee,

and

JOHN ADAMS; ROBERT FISHER; BERNIE HEFFEL-
FINGER; MARK SHEPPARD,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
97-2091-S)

———————

Submitted: April 13, 1999          Decided: April 30, 1999

———————

Before LUTTIG and WILLIAMS, Circuit Judges, and HALL, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Brian K. McDaniel, Baltimore, Maryland, for Appellant. Steven D.
Frenkil, Suzanne W. Decker, MILES & STOCKBRIDGE, P.C., Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Following Marvin J. Perry's repeated failure to comply with discovery requests, the district court dismissed with prejudice his action in which he alleged that Household Finance Corporation discriminated against him on the basis of his race. Perry appealed, contending that he substantially complied with the discovery requests and that the district court failed adequately to consider lesser sanctions. Finding no abuse of discretion by the district court, we affirm on the reasoning of the district court. See Perry v. Household Fin. Corp., No. CA-97-2091-S (D. Md. July 8, 1998); see also National Hockey League v. Metropolitan Hockey Club, Inc., 427 U.S. 639, 642 (1976) (providing standard of review); Mutual Fed. Sav. & Loan Ass'n v. Richards & Assocs., Inc., 872 F.2d 88, 92 (4th Cir. 1989) (setting forth four-factor test). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED